```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

**CIVIL ACTION NO. 1:12cv0128 (WOB)**

YAKOV RE, LLC,
And
JOHN DOE PLAINTIFFS                                    PLAINTIFFS

VS.                              <u>ORDER</u>

DUSTY RHODES, Hamilton County,
Ohio Auditor                                            DEFENDANT


Pursuant to the Stipulated Notice of Dismissal entered herein (Doc. #12), and the Court being advised,

**IT IS ORDERED** that the pending motions to dismiss (Doc. #9) and for denial of class certification (Doc. #10) be, and they hereby are, **denied as moot;** and that the within action is hereby dismissed, without prejudice, and stricken from the docket of this Court.

This 21st day of August, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge