```
UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF OHIO
        WESTERN DIVISION
```

**CIVIL ACTION NO. 1:12cv0128 (WOB)**

**YAKOV RE, LLC,**
And
**JOHN DOE PLAINTIFFS**                                **PLAINTIFFS**

**VS.**                        <u>**ORDER**</u>

**DUSTY RHODES, Hamilton County,**
**Ohio Auditor**                                        **DEFENDANT**

Pursuant to the Stipulated Notice of Dismissal entered herein (Doc. #12), and the Court being advised,

**IT IS ORDERED** that the pending motions to dismiss (Doc. #9) and for denial of class certification (Doc. #10) be, and they hereby are, **denied as moot;** and that the within action is hereby dismissed, without prejudice, and stricken from the docket of this Court.

This 21st day of August, 2012.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge